# UNITED STATES DISTRICT COURT

for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 25-mj- 73-01/03-AJ
)
(1) A HP ENVY 17 NOTEBOOK COMPUTER AND (2) A HP HPSD320A EXTERNAL HARD )
DRIVE CURRENTLY IN CUSTODY OF U.S. PROBATION, 55 PLEASANT STREET, )
CONCORD, NH, AND (3) A BLACK ONN USB FLASH DRIVE CURRENTLY IN THE )
CUSTODY OF MERRIMACK COUNTY DEPARTMENT OF CORRECTIONS, 314 DANIEL )
WEBSTER HIGHWAY, BOSCAWEN, NH

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ____New Hampshire____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ☑ evidence of a crime;
  ☑ contraband, fruits of crime, or other items illegally possessed;
  ☑ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

The application is based on these facts:
See Attached Affidavit

  ☑ Continued on the attached sheet.
  ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Derek Dunn
*Applicant's signature*

Derek Dunn, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonic means *(specify reliable electronic means)*

Date: **Apr 10, 2025**

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, NH        Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*